25849. EDWARDS *v.* AMERICAN TELEPHONE & TELEGRAPH CO. *et al.*

MACINTYRE, J. This suit was brought by J. O. Edwards, the husband of the plaintiff in the case of *Edwards* v. *American Telephone & Telegraph Co.*, 55 *Ga. App.* 234 (189 S. E. 734). The ruling in that case is controlling in the instant case. The judgment sustaining the petition of the two non-resident defendants to remove the cause to the Federal court was correct.

*Judgment affirmed. Guerry, J., concurs. Broyles, C. J., disqualified.*